```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                      :

JUAN VARGAS, *on behalf of himself and all others similarly situated*,

                                          Plaintiff,

                          -v -

CHARLES W. HOWARD and CALL-A-HEAD CORP.,

                                        Defendants.
------------------------------------------------------------------X

1:15-cv-5101-GHW

ORDER

GREGORY H. WOODS, District Judge:

      For the reasons stated on the record during a teleconference held on December 21, 2017, Defendants' motion for summary judgment is denied.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 220.

      SO ORDERED.

Dated:  December 21, 2017
New York, New York

                                                              GREGORY H. WOODS
                                                     United States District Judge